## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
:
IN RE: M/T EVRIDIKI  :  No. 1:19-mc-<u>77- R6A</u>
:
------------------------------------------------ X

## ORDER

WHEREAS, upon the Joint Motion of the parties hereto, the United States of America, Evridiki Navigation Inc., and Liquimar Tankers Management Services Inc. wish to deposit the sum of $700,000 with the Clerk of Court; and the deposit of said funds is authorized by Fed. R. Civ. P. 67 and this Court's Order Regarding Deposit and Investment of Registry Funds dated November 3, 2016,

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Clerk of the Court shall accept a wire transfer in the sum of $700,000 from Evridiki Navigation Inc. and Liquimar Tankers Management Services Inc., which will be remitted to the District Court by their counsel, Chalos & Co, P.C., in accordance with wire transfer instructions provided by the Court's financial administrator.

2. Upon receipt of the wire transfer, the Clerk of the Court shall deposit the funds into The United States Treasury to be invested in The Court Registry Investment System (CRIS), the investment management tool of the Administrative Office of the United States Courts.

3. The funds shall be placed in interest-bearing accounts in the name of "Clerk of the Court of the United States District Court for the District of Delaware, Miscellaneous Action No. 19-MC-<u>77-R6A</u>".

1

4. The Administrative Office of the United States Courts shall deduct a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, at an annual rate of one-tenth of one percent of all funds on deposit shall be assessed from interest earnings (excluding funds held pending resolution of interpleader cases), whenever such income becomes available for deduction in the investment so held and without further order of the Court.

5. The funds deposited with The Court Registry Investment System shall remain on deposit until further order of the Court.

DATED: April 10, 2019

Richard G. Andrews
United States District Judge